## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

JANET RENDON, Independent Administrator of the Estate of
Carol Czubernat, deceased
v.
ARTHUR FUNK, M.D., WEXFORD HEALTH SOURCES,
INC., ARGOSY EDUCATION GROUP, INC., AMY RAY, ⊞

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JANET RENDON, Independent Administrator of the Estate of Carol Czubernat, deceased.

| NAME (Type or print) |
|---|
| Kevin J. Golden |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Kevin J. Golden |

| FIRM |
|---|
| Dudley & Lake, LLC |

| STREET ADDRESS |
|---|
| 20 N. Clark Street ~ Suite 720 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210825 | 312-263-6300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐